IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TONI M HARRISON, | * | |
|    Plaintiff, | * | |
| v. | * | Civil Case No. 1:22-00062-JMC |
| VARSITY SPIRIT, LLC, | * | |
|    Defendant. | * | |

\* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff initiated this action on or about December 1, 2021, in the Circuit Court for Baltimore City, Maryland. (ECF Nos. 1 and 19). Plaintiff's Complaint named one Defendant, Varsity Spirit, LLC, and service of process was effectuated thereafter on said Defendant. *Id*. On January 10, 2022, Defendant filed both its Answer to the Complaint and Notice of Removal to this Court. (ECF No. 1, Exs. 3, 4).

On January 28, 2022, Plaintiff filed the present Emergency Motion to Amend Complaint, complete with a copy of the proposed amendment and otherwise in compliance with Local Rule 103.6. (ECF No. 19). Defendant did not file an opposition, but Plaintiff's motion communicates that Defendant consents to the addition of new party defendants, but opposes an additional count for negligent supervision and any inclusion of new allegations. (ECF No. 19, Ex. 1; ECF No. 21).

Under Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend without consent and without leave of court if made within twenty-one (21) days after service of a responsive pleading. Fed. R. Civ. P. 15 advisory committee's note (2009). Defendant filed its responsive pleading on January 10, 2022, and served it by mail on that same date. (ECF No. 1, Ex. 3 at 3). Plaintiff's emergency motion attaching the proposed amended complaint was filed on January 28, 2022, within the twenty-one (21) day window. Though Plaintiff files an accompanying motion out

of abundance of caution, such motion was unnecessary. Similarly, since the Court concludes that Plaintiff is still within the window to amend as of right, an opposition filed by Defendant would not have affected the Court's analysis of Rule 15(a)(1)(B). Accordingly, the Court will deem Plaintiff's Amended Complaint filed as of January 28, 2022.

I. **CONCLUSION**

Plaintiff's Motion (ECF No. 19) is GRANTED in so far as it sought an expedited ruling on the timeliness of its amendment and whether such amendment was permitted as of right. Plaintiff's Amended Complaint is deemed filed as of January 28, 2022. Defendant should answer accordingly.

February 1, 2022_____                                           _____/s/_____
Date                                                                    J. Mark Coulson
                                                                        United States Magistrate Judge